FILED

09/06/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0656

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## DA 23 – 0656

_____

**WESLEY and KAREN TUSCANO,**

      Appellants,

  v.

**SIDNEY and JULIAN HELVIK,**           **ORDER**

      Appellees,

_____

**WESLEY and KAREN TUSCANO,**

      Appellants,

  v.

**JACQUELINE CONNER,**

      Appellee.

_____

Upon consideration of Appellant's motion for extension of time to produce transcripts on appeal, and good cause appearing,

IT IS HEREBY ORDERED that Court Reporter Robin Lee is granted an extension of time to and including October 7, 2024, within which to prepare, file, and serve the transcripts requested on appeal.

No further extensions will be granted.

The Clerk shall serve a copy of this Order upon the District Court and the court reporter.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 6 2024